IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00508-DME-CBS

NOLTE ASSOCIATES, INC.,
a California corporation

    Plaintiff,

v.

HOTEL GOLD CROWN CHAMPA, LLC,
a Colorado limited liability company,
H&M MORTGAGE & INVESTMENTS, LLC,
a Colorado limited liability company,
KEYBANK NATIONAL ASSOCIATION,
FIRSTIER BANK,
AMERICAN NATIONAL BANK,
RIVIERA HOLDING, LLC,
ASSET PRESERVATION, INC.,
a California corporation, and
STEPHANIE O'MALLEY,
in her capacity as the Public Trustee of Denver County,

    Defendants,

and

FEDERAL DEPOSIT INSURANCE CORPORATION,
as receiver for Defendant, FirsTier Bank,

    Receiver.

---

OZ ARCHITECTURE OF BOULDER, INC.,

    Plaintiff,

v.

HOTEL GOLD CROWN CHAMPA, LLC,
a Colorado limited liability company,
H&M MORTGAGE & INVESTMENTS, LLC,
a Colorado limited liability company,
FISERV ISS & CO.,

FBO MORRIS GINSBERG IRA,
KEYBANK NATIONAL ASSOCIATION,
FIRSTIER BANK,
AMERICAN NATIONAL BANK,
RIVIERA HOLDING, LLC,
ASSET PRESERVATION, INC.,
NOLTE ASSOCIATES, INC.,
MAHINDER BAJAJ,
PAUL OLSEN,
THE CITY AND COUNTY OF DENVER, COLORADO,
BK-STOUT, LLC,
STEPHANIE O'MALLEY,
in her capacity as the Public Trustee of Denver County, and
JOSEPH A. MURR,
Atty. Reg.,

       Defendants,

and

FEDERAL DEPOSIT INSURANCE CORPORATION,
as receiver for Defendant, FirsTier Bank,

       Receiver.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

       THIS MATTER IS before the court on Federal Deposit Insurance Corporation's, in its capacity as Receiver for Defendant FirsTier Bank, Renewed Motion to Substitute FDIC as Receiver for Defendant FirsTier Bank, Renewed Request for 90 Day Stay of Proceedings under 12 U.S.C. § 1821(d)(12), and Request for Forthwith Consideration (*doc # 24*) filed March 10, 2011.

       IT IS HEREBY ORDERED that the instant Motion is GRANTED. FDIC-R is hereby substituted as the real party in interest for Defendant FirsTier Bank, and the caption in this case shall be amended to reflect the substitution. Pursuant to 12 U.S.C. §1821(d)(12), all proceedings in the above-captioned case are hereby stayed for a 90-day period, effective beginning the date of this order.

**DATED:**      March 14, 2011