IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00508-DME-CBS

NOLTE ASSOCIATES, INC.,
a California corporation

    Plaintiff,

v.

HOTEL GOLD CROWN CHAMPA, LLC,
a Colorado limited liability company,
H&M MORTGAGE & INVESTMENTS, LLC,
a Colorado limited liability company,
KEYBANK NATIONAL ASSOCIATION,
FIRSTIER BANK,
AMERICAN NATIONAL BANK,
RIVIERA HOLDING, LLC,
ASSET PRESERVATION, INC.,
a California corporation, and
STEPHANIE O'MALLEY,
in her capacity as the Public Trustee of Denver County,

    Defendants,

and

FEDERAL DEPOSIT INSURANCE CORPORATION,
as receiver for Defendant, FirsTier Bank,

    Receiver.

---

OZ ARCHITECTURE OF BOULDER, INC.,

    Plaintiff,

v.

HOTEL GOLD CROWN CHAMPA, LLC,
a Colorado limited liability company,
H&M MORTGAGE & INVESTMENTS, LLC,
a Colorado limited liability company,
FISERV ISS & CO.,

FBO MORRIS GINSBERG IRA,
KEYBANK NATIONAL ASSOCIATION,
FIRSTIER BANK,
AMERICAN NATIONAL BANK,
RIVIERA HOLDING, LLC,
ASSET PRESERVATION, INC.,
NOLTE ASSOCIATES, INC.,
MAHINDER BAJAJ,
PAUL OLSEN,
THE CITY AND COUNTY OF DENVER, COLORADO,
BK-STOUT, LLC,
STEPHANIE O'MALLEY,
in her capacity as the Public Trustee of Denver County, and
JOSEPH A. MURR,
Atty. Reg.,

    Defendants,

and

FEDERAL DEPOSIT INSURANCE CORPORATION,
as receiver for Defendant, FirsTier Bank,

    Receiver.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

THIS MATTER IS before the court upon Defendant BK-Stout, LLC's Motion to Remove/Turn Off Notification of Defendant BK-Stout from Mailing/Service List (*doc # 35*), filed March 21, 2011. IT IS HEREBY ORDERED that the instant Motion is GRANTED. The Clerk of the Court is instructed to terminate electronic notification to Seymour Joseph, counsel for Defendant BK-Stout, LLC, and to remove Mr. Joseph from the Notice of Electronic Filing.

**DATED:**　　　March 22, 2011