IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00508-DME-CBS

NOLTE ASSOCIATES, INC.,
a California corporation

    Plaintiff,

v.

HOTEL GOLD CROWN CHAMPA, LLC,
a Colorado limited liability company,
H&M MORTGAGE & INVESTMENTS, LLC,
a Colorado limited liability company,
KEYBANK NATIONAL ASSOCIATION,
FEDERAL DEPOSIT INSURANCE CORPORATION,
AMERICAN NATIONAL BANK,
RIVIERA HOLDING, LLC,
ASSET PRESERVATION, INC.,
a California corporation, and
STEPHANIE O'MALLEY,
in her capacity as the Public Trustee of Denver County,

    Defendants.

---

OZ ARCHITECTURE OF BOULDER, INC.,

    Plaintiff,

v.

HOTEL GOLD CROWN CHAMPA, LLC,
a Colorado limited liability company,
H&M MORTGAGE & INVESTMENTS, LLC,
a Colorado limited liability company,
FISERV ISS & CO.,
FBO MORRIS GINSBERG IRA,
KEYBANK NATIONAL ASSOCIATION,
FEDERAL DEPOSIT INSURANCE CORPORATION,
AMERICAN NATIONAL BANK,
RIVIERA HOLDING, LLC,
ASSET PRESERVATION, INC.,
NOLTE ASSOCIATES, INC.,

MAHINDER BAJAJ,
PAUL OLSEN,
THE CITY AND COUNTY OF DENVER, COLORADO,
BK-STOUT, LLC,
STEPHANIE O'MALLEY,
in her capacity as the Public Trustee of Denver County, and
JOSEPH A. MURR,
Atty. Reg.,

   Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

   THIS MATTER IS before the court upon the Motion to Withdraw as Counsel (*doc # 41*), filed by Dale James Copland and Charles Steven Chapman on March 29, 2011.  IT IS HEREBY ORDERED that the instant Motion is GRANTED.  The Clerk of the Court is instructed to terminate electronic notification to Dale James Copland, counsel for Defendants H&M Mortgage & Investments, LLC, Fiserv ISS & Co., and FBO Morris Ginsberg IRA, and Charles Steven Chapman, counsel for Fiserv ISS & Co., and to remove Mr. Copland and Mr. Chapman from the Notice of Electronic Filing.

**DATED:**  March 30, 2011