IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00508-DME-CBS

NOLTE ASSOCIATES, INC.,
a California corporation

    Plaintiff,

v.

HOTEL GOLD CROWN CHAMPA, LLC, *et al.,*

    Defendants,
and

FEDERAL DEPOSIT INSURANCE CORPORATION,
as receiver for FirsTier Bank,

    Receiver.

---

OZ ARCHITECTURE OF BOULDER, INC.,

    Plaintiff,

v.

HOTEL GOLD CROWN CHAMPA, LLC, *et al.,*

    Defendants,
and

FEDERAL DEPOSIT INSURANCE CORPORATION,
as receiver for FirsTier Bank,

    Receiver.

---

**ORDER GRANTING H&M MORTGAGE & INVESTMENTS, LLC'S
MOTION FOR LEAVE TO FILE A SUR-RESPONSE TO
OZ ARCHITECTURE OF BOULDER, INC.'S MOTION
FOR DETERMINATION OF QUESTIONS OF LAW**

THIS MATTER, having come before the Court upon H&M Mortgage & Investments, LLC's Motion for Leave to File A Sur-Response to Oz Architecture of Boulder, Inc.'s Motion for Determination of Questions of Law, and the Court having reviewed the Motion, any opposition thereto, and the proposed Sur-Response, and being fully advised in the premises and upon good cause shown,

ORDERS that the Motion be and is hereby granted.  The Sur-Response attached as Exhibit A to the Motion is hereby accepted for filing.

DONE this 21st day of July, 2011

BY THE COURT:

*s/ David M. Ebel*

_____
U.S. District Court Judge