**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  11-cv-00508-DME-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   July 29, 2011** | **Courtroom Deputy:**  Linda Kahoe |

NOLTE ASSOCIATES, INC.,                                            Jessica Marie Debroisse

    Plaintiff,

v.

HOTEL GOLD CROWN CHAMPA, LLC,                      Eric Edward Torgersen
H&M MORTGAGE & INVESTMENTS, LLC,                 Stephen Kent Dexter
                                                                                         Thomas D. Leland
KEYBANK NATIONAL ASSOCIATION,                        Erick Steven Arriola
AMERICAN NATIONAL BANK,
RIVIERA HOLDING, LLC,
ASSET PRESERVATION, INC.,
STEPHANIE O'MALLEY,
in her capacity as the Public Trustee of Denver County,

    Defendants.

and

FEDERAL DEPOSIT INSURANCE CORPORATION,      Rebecca Reynolds Messall
as receiver for FirsTier Bank,

    Receiver.

---

OZ ARCHITECTURE OF BOULDER, INC.,                   James Gordon Gaspich
                                                                                         Nancy Dee Miller

    Plaintiff,

v.

HOTEL GOLD CROWN CHAMPA, LLC,                      Eric Edward Torgersen
H&M MORTGAGE & INVESTMENTS, LLC,                 Stephen Kent Dexter
FISERV ISS & CO.,                                                         Thomas D. Leland
FBO MORRIS GINSBERG IRA,
KEYBANK NATIONAL ASSOCIATION,                        Erick Steven Arriola
AMERICAN NATIONAL BANK,
RIVIERA HOLDING, LLC,

ASSET PRESERVATION, INC.,
MAHINDER BAJAJ,
PAUL OLSEN,
CITY AND COUNTY OF DENVER, COLORADO,
BK-STOUT, LLC,
STEPHANIE O'MALLEY,
in her capacity as the Public Trustee of Denver County,
JOSEPH A. MURR, Atty. Reg.,

    Defendants,

and

FEDERAL DEPOSIT INSURANCE CORPORATION,    Rebecca Reynolds Messall
as receiver for FirsTier Bank,

    Receiver.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:      8:05 a.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Plaintiff's Motion for Protective Order, doc #[52], filed 7/12/2011.

The court suggests that Plaintiff Oz Architecture withdraw the Motion for Remand, doc #[44].

**ORDERED:**  Defendant H&M's discovery requests are **STRICKEN WITHOUT PREJUDICE**.  The service of the discovery requests violates Rule 26(d).  Therefore, Plaintiff's Motion for Protective Order, doc #[52] is **MOOT**.

The court suggests that counsel consult with their clients, evaluate the practical reality of where the case is, and then contact chambers to advise the court of the parties' decision of whether or not to withdraw the Motion for Remand.

HEARING CONCLUDED.
**Court in recess:        8:30 a.m.**
Total time in court:    00:25

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.