**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-00508-DME-CBS

NOLTE ASSOCIATES, INC., a California Corporation

    Plaintiff,

v.

HOTEL GOLD CROWN CHAMPA, LLC, a Colorado limited liability company,
H & M MORTGAGE & INVESTMENTS, LLC, a Colorado limited liability company,
KEYBANK NATIONAL ASSOCIATION,
FIRSTIER BANK,
AMERICAN NATIONAL BANK,
RIVIERA HOLDING, LLC,
ASSET PRESERVATION, INC., a California corporation, and
STEPHANIE O'MALLEY, in her capacity as the Public Trustee of Denver County,

    Defendants,

and

FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Defendant, FirsTier Bank,

    Receiver.

---

OZ ARCHITECTURE OF BOULDER, INC.,

    Plaintiff,

v.

HOTEL GOLD CROWN CHAMPA, LLC, a Colorado limited liability company,
H & M MORTGAGE & INVESTMENTS, LLC, a Colorado limited liability company,
FISERVE ISS & CO.,
FBO MORRIS GINSBERG, IRA,
KEYBANK NATIONAL ASSOCIATION,
FIRSTIER BANK,
AMERICAN NATIONAL BANK,
RIVIERA HOLDING, LLC,
ASSET PRESERVATION, INC.,

NOLTE ASSOCIATES, INC.,
MAHINDER BAJAJ,
PAUL OLSEN,
CITY AND COUNTY OF DENVER, COLORADO,
BK-STOUT, LLC,
STEPHANIE O'MALLEY, in her capacity as the Public Trustee of Denver County, and
JOSEPH A. MURR, Att. Reg.,

      Defendants,

and

FEDERAL DEPOSIT INSURANCE CORPORATION,
as receiver for Defendant, FirsTier Bank,

      Receiver.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF IN SUPPORT OF RULE 56 (H) MOTION FOR DETERMINATION OF QUESTIONS OF LAW AND IN REPLY TO H & M MORTGAGE'S SURRESPONSE BRIEF**

---

Based upon review of Plaintiff OZ Architecture of Boulder, Inc.'s ("OZ Architecture") Motion for Leave to File a Final Sur-Reply Brief in support of its Rule 56 (h) Motion for Determination of Questions of Law and in reply to the Sur-Response Brief by Defendant H & M Mortgage, the related Response and Reply Briefs and the argument of counsel, if any, the Court grants the Motion and rules as follows:

1. Since H & M Mortgage was permitted to file a Sur-Response Brief, OZ Architecture shall be permitted to file a Final Sur-Reply Brief which will reply to the arguments and evidence submitted with H & M Mortgages's Sur-Response. Since H & M Mortgage has also filed a Notice of Additional Evidence in support of its Opposition Brief to OZ Architecture's Rule 56 (h) Motion, which consists of the Affidavit of Mr. Mocevic, the Final

Sur-Reply Brief to be filed by OZ Architecture shall also reply to this additional evidence submitted by H & M Mortgage.

2. The Court further finds that good cause exists to permit OZ Architecture to file its Final Sur-Reply Brief on August 16, 2011, and that a brief of no more than 12 pages may be filed.

3. The Court thus grants the Motion and Orders that OZ Architecture shall be permitted to file a Final Sur-Reply Brief by August 16, 2011 and that the brief will be no more than 12 pages.

Dated this 11th day of August, 2011.

**BY THE COURT:**

*s/ David M. Ebel*

UNITED STATES DISTRICT COURT